SARAH GRACE RODIER, as Administratrix, etc., of WILFRED J. RODIER, Also Known as W. J. RODIER, Deceased, Respondent, v. RICHARD FOSTER VALENTINE, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted without condition. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOSEPH T. P. SULLIVAN, Respondent, against CONSOLIDATED FIRE ALARM COMPANY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MOSES A. ISAACS, Respondent, v. AVIATION AND TRANSPORTATION COMPANY, a Delaware Corporation, and LUCIUS B. MANNING, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed at Special Term, Part II, to be fixed in the order, and the justice there presiding will apply the rule in Zeltner v. Fidelity & Deposit Co. of Maryland (220 App. Div. 21) with respect to the production of books and papers. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVE D. RASKIN, as President of Retail Cigar Employees Union, Local 906, of the United Retail & Wholesale Employees of America, Respondent, v. UNITED CIGAR-WHELAN STORES CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN VON BLUMENTHAL, Appellant, v. FILLIPO CASSOLA, Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

REVLON PRODUCTS CORPORATION, Respondent, v. PEGGY SAGE, INC., and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within fifteen days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERTHA DEMBITZ and Others, Respondents, v. ABRAHAM WACHTELL and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IRENE G. REGAN, as Administratrix de Bonis Non, etc., of GEORGE LAWYER, Deceased, Respondent, v. YVES DEVILLERS, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Supplementary Proceedings: BROADWAY CUMMING STREET Co., INC., Judgment Creditor, Respondent, v. IRVING HAIM, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.